UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BENNITO RODRIGUEZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:22-cv-00451-JPH-MJD |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Date: 3/4/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Carina Weed_
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email

BENNITO RODRIGUEZ
15106028
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL
INSTITUTION Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808